IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINDA WATSON, individually, and
DAVID WATSON, as special administrator
and personal representative of the estate of
ROYCE SIDNEY WATSON, deceased                                              PLAINTIFFS

v.                                  Case No. 4:18-cv-4158

SOUTHWEST ARKANSAS ELECTRICAL
COOPERATIVE CORPORATION and
JASON RAY ALEXANDER                                                         DEFENDANTS

## JUDGMENT

Before the Court is Defendants Southwest Arkansas Electrical Cooperative Corporation and Jason Ray Alexander's Motion for Summary Judgment. (ECF No. 13). Plaintiffs Linda Watson and David Watson have filed a response. (ECF No. 16). Defendants have filed a reply. (ECF No. 17). The Court finds the matter ripe for consideration.

For the reasons discussed in the Court's memorandum opinion of even date, the Court finds that Defendants' motion for summary judgment (ECF No. 13) should be and hereby is **GRANTED**. Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge